UNITED STATES of America,
Plaintiff–Appellee,

v.

Michel GONZALO, Defendant–
Appellant.

No. 05–14324
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 3, 2006.

Michel Gonzalo, Adelanto, CA, pro se.

Robert O. Davis, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before HULL, MARCUS and
WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, court-appointed counsel for Michel Gonzalo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and

Gonzalo's convictions and sentences are **AFFIRMED.**